886-14

# ELECTRONIC RECORD

COA # 03-12-00476-CR          OFFENSE: 19.02

STYLE: Paul Casarez Mata v. The State of Texas          COUNTY: Comal

COA DISPOSITION: AFFIRMED          TRIAL COURT: 207th District Court

DATE: 06/24/14          Publish: NO          TC CASE #: CR2011-300

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Paul Casarez Mata v. The State of Texas          CCA #: 886-14

_____PRO SE_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____Refused_____          JUDGE: _____

DATE: November 26 2014          SIGNED: _____     PC: _____

JUDGE: Per Curiam          PUBLISH: _____     DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**